424 A.2d 507

COMMONWEALTH of Pennsylvania

v.

Patricia A. CUNNINGHAM, Appellant.

Supreme Court of Pennsylvania.

Submitted Oct. 23, 1980.

Decided Feb. 4, 1981.

John Paul Curran, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Kenneth Gallant, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

### ORDER

PER CURIAM.

Order affirmed.